

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 13 2007
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Cornell Vinegar*

_____

*Plaintiff*

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Cook County Sheriff*

*Officer Masterson*

_____

*Defendant*

_____

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

07CV6410
JUDGE KOCORAS
MAG. JUDGE NOLAN

**CHECK ONE ONLY:**

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

   A.    Name:    _Cornell Vinegar_

   B.    Date of Birth:    _Sept. 2. 1958_

   C    List all aliases:    _(none)_

   D.    Prisoner identification number:    _A70723_

   E.    Place of present confinement:    _Mt. Sterling_

   F.    Address:    _R.R. 4. 190_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant:    _Officer Masterson_
         Title:    _Cook County Correctional Sheriff_
         Place of Employment:    _Cook County Jail_

   B.    Defendant:    _____
         Title:    _____
         Place of Employment:    _____

   C.    Defendant:    _____
         Title:    _____
         Place of Employment:    _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 5/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____ *NONE* _____

B.    Approximate date of filing lawsuit: ___ *OCTOBER 31st 2007* ___

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: __ *NONE* __

D.    List all defendants: ____ *OFFICER MASTERSON* ____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___ *U.S DISTRICT COURT* ___

F.    Name of judge to whom case was assigned: _____

G.    Basic claim made: ____ *ASSAULTED* ____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ____ *N/A* ____

I.    Approximate date of disposition: ____ *N/A* ____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 5/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

ON the date of 8/28/07 I CORNELL VINEGAR
WAS ASSAULTED BY OFFICER MASTERSON A COOK
COUNTY DEPARTMENT OF CORRECTIONAL SHERIFF.
WELL ON the ABOVE DATE OFFICER "MASTERSON"
WAS MAKING A HEAD COUNT OF THE DETAINEES
ON 1-D OF DIVISION OF the COOK COUNTY JAIL.
AT WHICH TIME I WAS AWAKEN BY MR.
MASTERSON JUST TO MOVE TO SEE WAS I
ALIVE. I HAD GOTTEN A LITTLE UPSET
TO BE AWAKEN OUT OF MY SLEEP JUST TO MOVE,
AT WHICH TIME I SAID SOMETHING LIKE
YOU SEE I'M SLEEPING, HOW CAN I MOVE
FOR YOUR COUNT IF I'M SLEEPING IN A MATTER
HE DIDN'T LIKE! OFFICER MASTERSON THAN
STARTED TO TELL THIS DETAINEE TO SHUT THE
"FUCK UP", AND THEN HE SAID IF I DIDN'T
LIKE IT, BOND THE FUCK OUT! I LOOKED
AT HIM LIKE UN-BELIEVEABLE — HE THEN

Revised 5/2007

came into the cell and told me to get up and come out of the cell. I then was taken into the hallway and I was slapped around and was told to put my hands behind my back and place my fore-head against the wall. I was then punched in my sides and had my fore-head banged against the wall three to four times until I almost passed out, I then was told by Mr. Masterson that if he wanted anymore shit out of me he would squeeze my head at which time it had become swollen with knots. I was returned to my cell. A short time later, officer "Masterson" came back with two other officers looking into the cell and started to laugh at the knots on my head.

Thats when I asked one of the officers for medical attention and they refused! The next morning I asked the 7 to 3 shift officer a medical attention and he refused as well.

5

Revised 5/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THAT I be COMPENSATED FOR MY INJURIES IN the SUM OF $10.000 DOLLARS IN PUNITIVE damages, AND $10.000 DOLLARS IN COMPEN-SATIONAL damage, AND THAT THE OFFICER MASTERSON be fired FOR HIS ACTION AGAINST ME,

**VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO**

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of NOV, 2007

_Cornell Vinegar_
(Signature of plaintiff or plaintiffs)

CORNELL VINEGAR
(Print name)

A 70723
(I.D. Number)

R.R 4# 196
MT. STERLING I1
(Address)

6

Revised 5/2007