**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** CORNELL VINEGAR | **Defendant(s):** OFFICER MASTERSON, etc. |
| **County of Residence:** BROWN | **County of Residence:** |
| **Plaintiff's Address:** Cornell Vinegar<br>A-70723<br>Western – WST<br>R.R. 4, Box 196<br>Mt. Sterling, IL 62353 | **Defendant's Attorney:**<br><br>07CV6410<br>JUDGE KOCORAS<br>MAG. JUDGE NOLAN |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 11/13/2007

Kocoras  01C 3700
Nolan