To: Prisoner's Correspondance Office
From: Cornell Vinegar #196630,

FILED
JAN 02 2008
Jan 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

I am writing your office to inform you of my moveing from Western-WST. R.R. 4 Box 196, MT. Sterling, to DuPage County Jail 501 N. County Farm Road, Wheaton Ill. 60187...

Cause I was told to write your office when I moved from one place to another.

Respectfully Submitted

Mr. Cornell Vinegar

Case. No.# 07C6410

12-26-07