## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6410 | **DATE** | January 11, 2008 |
| **CASE TITLE** | Cornell Vinegar (#A-70723) vs. Officer Masterson | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [9]. The plaintiff is once again reminded of the court's basic filing requirements. The plaintiff must: (1) provide the court with the original plus a judge's copy of every document filed; and (2) include a certificate of service showing that a copy was mailed to all opposing counsel of record. The clerk is directed to mail the plaintiff another copy of the court's filing instructions along with a copy of this order. In the future, the court may strike without considering any document filed that does not comport with these basic rules.

■ [**Docketing to mail notices.**]

mjm