# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Cornell Vinegar

    v.

Officer Masterson

Case Number: 07 C 6410

Judge: Kocoras

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Masterson

SIGNATURE /s/ Steven L. Satter

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS 500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER 312-603-5105
6243813

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES X     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES X     NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐