UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELL VINEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6410 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Kocoras |
| COOK COUNTY SHERIFF | ) | |
| OFICER MASTERSON | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD**.

NOW COMES the Defendant, Officer Masterson, through his attorney Richard A. Devine, through his assistant, Steven L. Satter, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1. That based upon information and belief, the above named Defendant was served with process, on or about December 10, 2007.

2. That undersigned counsel has just received the Complaint and requires time to investigate the allegations contained in Plaintiff's Complaint.

3. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 21 days.

4. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

a. That this Honorable Court grant an enlargement of time, up to and including March 1, 2008, for Defendant to file an Answer or otherwise plead;

b. And to grant any other relief it deems necessary and just.

Respectfully submitted,
State's Attorney of Cook County

By:  /s/ Steven L. Satter
    Steven L. Satter
    Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105