UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELL VINEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6410 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Kocoras |
| COOK COUNTY SHERIFF | ) | |
| OFICER MASTERSON | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Mr. Cornell Vinegar
      #196630
      DuPage – DCJ
      P.O. Box 957
      Wheaton, IL 60187

   **PLEASE TAKE NOTICE** that on January 30, 2008, at 9:30 a.m., I shall appear before the Honorable Charles P. Kocoras in the courtroom usually occupied by her in Room 1725 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Enlargement of Time to Answer or Otherwise Plead.

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                                        By: s/Steven L. Satter_____  _____
                                        Steven L. Satter
                                        Assistant State's Attorney
                                        500 Richard J. Daley Center
                                        Chicago, IL 60602
                                        (312) 603-5105
                                        ARDC # 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION TO ENLARGE

was served pursuant to the District Court's ECF system as to ECF filers and sent by first class mail on January 25, 2008 to:

> Mr. Cornell Vinegar
> #196630
> DuPage – DCJ
> P.O. Box 957
> Wheaton, IL 60187

> s/ Steven L. Satter
> Steven L. Satter