**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cornell Vinegar
                        Plaintiff,

v.                                          Case No.: 1:07−cv−06410
                                                      Honorable Charles P. Kocoras

Cook County Sheriff, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Defendant's motion [13] for an extension of time to answer or otherwise plead is granted in part and denied in part. Defendant is given to 2/19/2008 to answer or otherwise plead. Hearing on said motion, set for 1/30/2008, is stricken. Status hearing set for 2/21/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.