## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Cornell Vinegar, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 6410 |
| | ) | |
| Cook County Deputy Sheriff Masterson, | ) | Judge Kocoras |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |
| | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

To:   Mr. Cornell Vinegar
       Prisoner Identification: A70723
       RR 4 196
       Mt. Sterling, IL


   PLEASE TAKE NOTICE that on February 20, 2008, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer.

   Richard A. Devine
   State's Attorney of Cook County

By:   /s/ Steven L. Satter
   Steven L. Satter
   Assistant State's Attorney
   500 Richard J. Daley Center
   Chicago, Illinois 60602
   ARDC # 6243813

## CERTIFICATE OF SERVICE

     STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

## **ANSWER**

was served pursuant to the District Court's ECF system as to ECF filers.

                                                      s/ Steven L. Satter
                                                      Steven L. Satter