**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cornell Vinegar
                          Plaintiff,

v.                                                  Case No.: 1:07−cv−06410
                                                       Honorable Charles P. Kocoras

Cook County Sheriff, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 2/21/2008. Defendant is given leave to take the deposition of Cornell Vinegar, a state prisoner. All discovery to be completed by 6/24/2008. Status hearing set for 6/24/2008 at 09:30 AM.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.