**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Cornell Vinegar, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06 C 3946 |
| | ) | |
| Cook County Deputy Sheriff Masterson, | ) | Judge Kocoras |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |
| | ) | JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE
<u>SUMMARY JUDGMENT</u>**

NOW COMES THE DEFENDANT, Cook County Correctional Officer Masterson by, through his attorney Richard A. Devine, through his assistant, Steven L. Satter, and requests this Honorable Court to grant Defendant an enlargement of time to file summary judgment. In support, Defendant states the following:

1.      That Defendant was granted until July 31, 2008, to file summary judgment in the above captioned matter.

2.      That Defendant's counsel recently tried <u>Martin v. Dart, et al.,</u>06 C 3986 before the Honorable Harry Leinenweber.

3.      That post trial motions were due to be filed by July 31, 2008.

4.      That due to having to file the post trial motions in the <u>Martin</u> matter, undersigned counsel was not able to file the summary judgment in the instant case by the July 31, 2008 deadline.

5.      That Defendant requests an enlargement of time to file summary judgment up to and including August 15, 2008.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

a.      That this Honorable Court grant an enlargement of time, up to and including August 15, 2008, for Defendants to file Summary Judgment.

b.      And to grant any other relief it deems necessary and just.

Respectfully submitted,
State's Attorney of Cook County


By:     /s/ Steven L. Satter
        Steven L. Satter
        Assistant State's Attorney

Steven L. Satter
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5105