UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cornell Vinegar
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06410
                                                    Honorable Charles P. Kocoras

Cook County Sheriff, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Defendant has filed a motion [20] for an extension of time to file a motion for summary judgment. The Court notes that a hard copy of the motion for an extension of time has not been supplied to the Court. The Court also notes that the motion was noticed for hearing on a date the Court will be absent. The Court further notes that defendant's motion for an extension of time contains the incorrect case number of 06 C 3946. The Court, however, will grant the motion for an extension of time, and give defendant to 8/15/2008 to file the motion for summary judgment. Hearing set for 8/5/2008 is stricken. The plaintiff is given to 9/17/2008 to answer the motion for summary judgment. Defendant's reply is due 10/1/2008. Ruling is reset from 10/16/2008 to 10/22/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.