IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELL VINEGAR, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6410 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Charles Kocoras |
| COOK COUNTY SHERIFF | ) | |
| OFICER MASTERSON | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE COUNSEL INSTANTER

Pursuant to Rule 3.15 of the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned attorney, RONALD WEIDHUNER, Assistant State's Attorney, moves this Honorable Court for leave to substitute as attorney, replacing STEVEN SATTER, as attorney of record in this matter for the Defendant. In support of this motion, the movant states as follows:

1. STEVEN SATTER has resigned from the States Attorney's Office.

2. This case was reassigned to RONALD WEIDHUNER, Assistant State's Attorney, on August 20, 2008.

3. RONALD WEIDHUNER is a duly licensed attorney in the State of Illinois and is a member of the trial bar of this Court.

4. The Plaintiff will not be prejudiced by a substitution of counsel.

WHEREFORE, Counsel for the Defendant respectfully requests that this Honorable Court enter an order granting leave to STEVEN SATTER to withdraw as counsel and substitute RONALD

WEIDHUNER in his place as counsel of record.

                                                  Respectfully Submitted,

                                                  RICHARD A. DEVINE
                                                  State's Attorney of Cook County

                                                  By: /s/ Ronald Weidhuner 6194834
                                                        Ronald Weidhuner
                                                        Assistant State's Attorneys
                                                        500 Richard J. Daley Center
                                                        Chicago, IL  60602
                                                        (312) 603-5527

Case 1:07-cv-06410 Document 23 Filed 08/21/2008 Page 3 of 4