IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cornell Vinegar, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 07 C 6410 |
| Cook County Deputy Sheriff Masterson, | ) ) | Judge Kocoras |
| Defendant. | ) ) | Magistrate Judge Nolan |
| | ) | JURY TRIAL DEMANDED |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE SUMMARY JUDGMENT**

NOW COMES THE DEFENDANT, Cook County Correctional Officer Masterson by, through his attorney Richard A. Devine, through his assistant, Ronald Weidhuner, and requests this Honorable Court to grant Defendant an enlargement of time to file summary judgment. In support, Defendant states the following:

1. That Defendant was granted until August 22, 2008, to file summary judgment in the above captioned matter.

2. That Defendant's counsel Steven Satter recently resigned from the States Attorney's Office.

3. That Assistant State's Attorney Ronald Weidhuner was reassigned this case on August 20, 2008.

4. That Defendant requests an enlargement of time to file summary judgment up to and including September 13, 2008.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

    a.    That this Honorable Court grant an enlargement of time, up to and including September 13, 2008, for Defendants to file Summary Judgment.

    b.    And to grant any other relief it deems necessary and just.

Respectfully submitted,
State's Attorney of Cook County

By:    /s/ Ronald Weidhuner 6194834
Ronald Weidhuner
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-5527