UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORNELL VINEGAR, ) | |
| ) | |
| Plaintiff, ) | 07 C 6410 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Charles Kocoras |
| COOK COUNTY SHERIFF ) | |
| OFICER MASTERSON ) | Magistrate Judge Nolan |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Mr. Cornell Vinegar
#196630
DuPage – DCJ
P.O. Box 957
Wheaton, IL 60187

**PLEASE TAKE NOTICE** that on August 26, 2008, at 9:30 a.m., I shall appear before the Honorable Charles P. Kocoras in the courtroom usually occupied by him in Room 1725 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion for Enlargement of Time to File Summary Judgment.

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Ronald Weidhuner 6194834
Ronald Weidhuner
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5527

## CERTIFICATE OF SERVICE

I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 21, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage and E-Filing.

/s/ Ronald Weidhuner 6194834