UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cornell Vinegar
                                      Plaintiff,

v.                                                               Case No.: 1:07–cv–06410
                                                                     Honorable Charles P. Kocoras

Cook County Sheriff, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 8/26/2008. Defendants' motion [23] to substitute counsel is granted. Steven Satter is given leave to withdraw, and Ronald Weidhuner is given leave to file his appearance as counsel for defendants. Defendants' motion [25] for an extension of time to file motion for summary judgment is granted. Said motion for summary judgment is due 9/22/2008. All other schedules are stricken, including the ruling date of 10/22/2008. Status hearing set for 9/25/2008 at 9:30 a.m. Counsel for defendants are given leave to communicate, visit and speak with the plaintiff. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.