Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6410 | DATE | SEP - 8 2008 |
| CASE TITLE | Cornell Vinegar (#A-70723) vs. Officer Masterson | | |

**DOCKET ENTRY TEXT:**

The court's Minute Order of August 28, 2008, was returned undelivered. The Clerk is directed to re-send the order to the plaintiff at the address provided by the U.S. Postal Service: Post Office Box 5213, Aurora, Illinois 60507-5213. The court's docket reflects no activity on the part of the plaintiff since he filed a change-of-address notice last January. The plaintiff is directed to: (1) confirm his interest in proceeding with this matter; and (2) file a change-of-address notice within fourteen days of the date of this order. If the plaintiff takes no action within fourteen days, the court will dismiss this case, on the understanding that the plaintiff no longer wishes to pursue his claims in light of his release from jail.

*Charles P. Kocoras*
U.S. District Judge

■ [Docketing to mail notices.]

FILED
2008 SEP -8 PM 4:00
CLERK
U.S. DISTRICT COURT

mjm